**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES LANDINI and KAELA MARIE
PERRY,

                Plaintiffs,

v.                                          Case No.: 6:23-cv-273-WWB-LHP

CIRCLES OF CARE, INC.,

                Defendant.

_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file.  On February 21, 2023, the parties were notified of their obligation to comply with Local Rule 3.02(a)(2), requiring the filing of a case management report within forty days after any defendant appears.  (Doc. 6).  The parties were also cautioned that failure to comply with any local rule or orders of this Court could result in dismissal of this case without further notice. (Doc. 5).  Defendant appeared in this case on April 17, 2023, but no case management report has been filed and the time to do so has long since passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply.  The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on July 17, 2023.

_____

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record